## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CASE NO. 19-10331-TPA |
|---|---|---|
| | : | |
| Chad Nudd | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Chad Nudd | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Chad Nudd,** hereby state as follows:

1. I am currently employed full-time by Whirley-Drinkworks and I earn average wages of $2,359.51 per month.

2. I have filed income tax returns for the years 2015 – 2018.

3. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: April 25, 2019

/s/ **Chad Nudd**
**Chad Nudd**
Debtor