**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 19−10331−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Chad D. Nudd
   1311 1/2 Sill Street
   Warren, PA 16365

Social Security No.:
   xxx−xx−1815

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Paul W. McElrath Jr.
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
Telephone number: 412−765−3606

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
July 30, 2019
01:00 PM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

CONFIRMATION HEARING DATE/TIME/LOC
July 30, 2019
01:00 PM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 7/2/19

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-10331-TPA
Chad D. Nudd                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: bsil                  Page 1 of 2            Date Rcvd: Jul 02, 2019
                               Form ID: rsc13              Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2019.
```
db              +Chad D. Nudd,    1311 1/2 Sill Street,    Warren, PA 16365-2011
15026291        +Andrea L. Stapleford Esq.,    600 Market Street,    Warren, PA 16365-1326
15040482        +Atlantic Broadband,    2200 Beale Avenue,    Altoona, PA 16601-1927
15026292         Cach Llc/resurgent Cap,    C/o Resurgent Capital Services,    Greenville, SC 29602
15040485        +City Of Warren,    318 W 3rd Ave,    Warren, PA 16365-2388
15040488         Michelle Saver,    211 Cray Avenue,    Sheffield, PA 16347
15027604        +Orion,   c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
15026298        +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
15040493        +PA SCDU,    PO Box 69110,    Harrisburg, PA 17106-9110
15044302        +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
15026299        +Penelec,    C/O FirstEnergy/Penelec,    101 Crawford's Corner Rd.,    Bldg. #1, Ste. 1-511,
                  Holmdel, NJ 07733-1976
15040494         Penelec,    76 South Main Street,    A-RPC,   Akron, OH 44308-1890
15026300        +Penelec,    PO Box 3687,    Akron, OH 44309-3687
15026302        +Pennsylvania Municipal Authority,    336 Delaware Avenue,    Dept U-510-A,
                  Oakmont, PA 15139-2138
15026303        +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
15040499        +Progressive Insurance,    6300 Wilson Mills Rd,    Mayfield Village, OH 44143-2182
15026305         Trident Asset Manageme,    10375 Old Alabama Rd Ste,    Alpharetta, GA 30022
15026306         Warren Co Drs,    4th And Market Sts,    Warren, PA 16365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 03 2019 03:14:56      Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA   17128-0946
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2019 03:37:30
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15065316         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 03 2019 10:38:46      CACH, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15040484        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2019 03:14:16      Capital One,
                  PO Box 71083,    Charlotte, NC 28272-1083
15026293        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 03 2019 03:15:32
                  Credit Collection Serv,    Po Box 607,    Norwood, MA 02062-0607
15060240         E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 03 2019 03:15:14      Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
15029145         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 03 2019 10:38:46      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15026294        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 03 2019 10:38:46      Lvnv Funding Llc,
                  Po Box 1269,    Greenville, SC 29602-1269
15040489        +E-mail/PDF: cbp@onemainfinancial.com Jul 03 2019 03:13:26     One Main,    PO Box 183172,
                  Columbus, OH 43218-3172
15026295        +E-mail/PDF: cbp@onemainfinancial.com Jul 03 2019 03:13:47     Onemain,    Po Box 1010,
                  Evansville, IN 47706-1010
15026296        +E-mail/PDF: cbp@onemainfinancial.com Jul 03 2019 03:14:12     Onemain Financial,    Po Box 1010,
                  Evansville, IN 47706-1010
15040491        +E-mail/Text: csc.bankruptcy@amwater.com Jul 03 2019 03:15:33      PA American Water,
                  PO Box 578,    Alton, IL 62002-0578
15026297        +E-mail/Text: csc.bankruptcy@amwater.com Jul 03 2019 03:15:33      Pennsylvania American Water,
                  PO Box 578,    Alton, IL 62002-0578
15026304        +E-mail/Text: bankruptcy@sccompanies.com Jul 03 2019 03:15:36      Seventh Avenue,    1112 7th Ave,
                  Monroe, WI 53566-1364
15040502        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 03 2019 03:14:33
                  Verizon,    500 Technology Drive Suite 30,     Weldon Spring, MO 63304-2225
15063419         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 03 2019 03:24:39      Verizon,
                  by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL  ASSOCIATION
15040481*       +Andrea L. Stapleford Esq.,    600 Market Street,    Warren, PA 16365-1326
15040483*        Cach Llc/resurgent Cap,    C/o Resurgent Capital Services,    Greenville, SC 29602
15040486*       +Credit Collection Serv,    Po Box 607,    Norwood, MA 02062-0607
15040487*       +Lvnv Funding Llc,    Po Box 1269,    Greenville, SC 29602-1269
15040490*       +Onemain,   Po Box 1010,    Evansville, IN 47706-1010
15040492*       +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
15040496*       +Penelec,    331 Newman Springs Rd., Building 3,    Red Bank, NJ 07701-6771
15040495*       +Penelec,    PO Box 3687,    Akron, OH 44309-3687
15040497*       +Pennsylvania Municipal Authority,    336 Delaware Avenue,    Dept U-510-A,
                  Oakmont, PA 15139-2138
15040498*       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
15040500*       +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
15040501*        Trident Asset Manageme,    10375 Old Alabama Rd Ste,    Alpharetta, GA 30022
15040503*        Warren Co Drs,    4th And Market Sts,    Warren, PA 16365
```

```
District/off: 0315-1           User: bsil              Page 2 of 2              Date Rcvd: Jul 02, 2019
                               Form ID: rsc13          Total Noticed: 34
```

15026301        ##+Penelec,     331 Newman Springs Rd., Building 3,    Red Bank, NJ 07701-6771

TOTALS: 1, * 13, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Chad D. Nudd ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

TOTAL: 4