**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

|  |  |  |
|---|---|---|
|  | : | **Case No. 19-10331-TPA** |
| **Chad D. Nudd,** | : |  |
| Debtor | : | **Chapter 13** |
|  | : |  |
| **Chad D. Nudd,** | : | **Related to Doc. No. 41** |
| S. S. No. xxx-xx-1815 | : |  |
| Movant | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| **Whirley-Drinkworks** | : |  |
| Respondent | : |  |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER**
**AND LOCAL FORM 12**

    I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 2, 2019 I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

    The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.


Executed on: <u>December 2, 2019</u>                    /s/ Sharla Munroe
                                                                                     Sharla Munroe, Paralegal
                                                                                     McElrath Legal Holdings, LLC
                                                                                     1641 Saw Mill Run Blvd.
                                                                                     Pittsburgh, PA 15210
                                                                                     Tel: 412.765.3606
                                                                                     Fax: 412.765.1917

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Chad Nudd
1311 1/2 Sill Street
Warren PA 16365

WHIRLEY-DRINKWORKS
ATTENTION: PAYROLL MANAGER
618 4TH AVENUE
WARREN, PA 16365