Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Chad D. Nudd**
Debtor(s)

Bankruptcy Case No.: 19–10331–TPA
Related to Docket No. 44
Chapter: 13
Docket No.: 45 – 44
Concil. Conf.: 6/9/20 at 02:00 PM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **May 1, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **May 22, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **6/9/20** at **02:00 PM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 17, 2020

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                             Case No. 19-10331-TPA
Chad D. Nudd                                                       Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-1          User: lmar                  Page 1 of 2          Date Rcvd: Mar 17, 2020
                              Form ID: 213                Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2020.
db             +Chad D. Nudd,   1311 1/2 Sill Street,   Warren, PA 16365-2011
15026291       +Andrea L. Stapleford Esq.,   600 Market Street,   Warren, PA 16365-1326
15040482       +Atlantic Broadband,   2200 Beale Avenue,   Altoona, PA 16601-1927
15026292        Cach Llc/resurgent Cap,   C/o Resurgent Capital Services,   Greenville, SC 29602
15040485       +City Of Warren,   318 W 3rd Ave,   Warren, PA 16365-2388
15126293       +City of Warren,   % PA Municipal Service Co.,   336 Delaware Ave,   Oakmont, PA 15139-2138
15040488        Michelle Saver,   211 Cray Avenue,   Sheffield, PA 16347
15027604       +Orion,   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15026298       +PA American Water,   PO Box 371412,   Pittsburgh, PA 15250-7412
15040493       +PA SCDU,   PO Box 69110,   Harrisburg, PA 17106-9110
15044302       +PNC Bank, N.A.,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
15026299       +Penelec,   C/O FirstEnergy/Penelec,   101 Crawford's Corner Rd.,   Bldg. #1, Ste. 1-511,
                 Holmdel, NJ 07733-1976
15040494        Penelec,   76 South Main Street,   A-RPC,   Akron, OH 44308-1890
15026300       +Penelec,   PO Box 3687,   Akron, OH 44309-3687
15026302       +Pennsylvania Municipal  Authority,   336 Delaware Avenue,   Dept U-510-A,
                 Oakmont, PA 15139-2138
15026303       +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
15040499       +Progressive Insurance,   6300 Wilson Mills Rd,   Mayfield Village, OH 44143-2182
15026305        Trident Asset Manageme,   10375 Old Alabama Rd Ste,   Alpharetta, GA 30022
15026306        Warren Co Drs,   4th And Market Sts,   Warren, PA 16365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 18 2020 04:40:41
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15065316        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 18 2020 04:39:36      CACH, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15040484       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 18 2020 04:40:28      Capital One,
                 PO Box 71083,   Charlotte, NC 28272-1083
15026293       +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 18 2020 04:45:50
                 Credit Collection Serv,   Po Box 607,   Norwood, MA 02062-0607
15060240        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 18 2020 04:45:23      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
15029145        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 18 2020 04:38:43      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15026294       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 18 2020 04:38:43      Lvnv Funding Llc,
                 Po Box 1269,   Greenville, SC 29602-1269
15040489       +E-mail/PDF: cbp@onemainfinancial.com Mar 18 2020 04:39:10      One Main,   PO Box 183172,
                 Columbus, OH 43218-3172
15026295       +E-mail/PDF: cbp@onemainfinancial.com Mar 18 2020 04:40:08      Onemain,   Po Box 1010,
                 Evansville, IN 47706-1010
15026296       +E-mail/PDF: cbp@onemainfinancial.com Mar 18 2020 04:39:10      Onemain Financial,   Po Box 1010,
                 Evansville, IN 47706-1010
15040491       +E-mail/Text: csc.bankruptcy@amwater.com Mar 18 2020 04:45:52      PA American Water,
                 PO Box 578,   Alton, IL 62002-0578
15026297       +E-mail/Text: csc.bankruptcy@amwater.com Mar 18 2020 04:45:53      Pennsylvania American Water,
                 PO Box 578,   Alton, IL 62002-0578
15026304       +E-mail/Text: bankruptcy@sccompanies.com Mar 18 2020 04:45:58      Seventh Avenue,   1112 7th Ave,
                 Monroe, WI 53566-1364
15040502       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 18 2020 04:44:19
                 Verizon,   500 Technology Drive Suite 30,   Weldon Spring, MO 63304-2225
15063419        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 18 2020 04:40:44      Verizon,
                 by American InfoSource as agent,   PO Box 4457,   Houston, TX 77210-4457
                                                                                               TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL   ASSOCIATION
15040481*      +Andrea L. Stapleford Esq.,   600 Market Street,   Warren, PA 16365-1326
15040483*       Cach Llc/resurgent Cap,   C/o Resurgent Capital Services,   Greenville, SC 29602
15040486*      +Credit Collection Serv,   Po Box 607,   Norwood, MA 02062-0607
15040487*      +Lvnv Funding Llc,   Po Box 1269,   Greenville, SC 29602-1269
15040490*      +Onemain,   Po Box 1010,   Evansville, IN 47706-1010
15040492*      +PA American Water,   PO Box 371412,   Pittsburgh, PA 15250-7412
15040496*      +Penelec,   331 Newman Springs Rd., Building 3,   Red Bank, NJ 07701-6771
15040495*      +Penelec,   PO Box 3687,   Akron, OH 44309-3687
15040497*      +Pennsylvania Municipal  Authority,   336 Delaware Avenue,   Dept U-510-A,
                 Oakmont, PA 15139-2138
15040498*      +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
15040500*      +Seventh Avenue,   1112 7th Ave,   Monroe, WI 53566-1364
15040501*       Trident Asset Manageme,   10375 Old Alabama Rd Ste,   Alpharetta, GA 30022
15040503*       Warren Co Drs,   4th And Market Sts,   Warren, PA 16365
```

```
District/off: 0315-1              User: lmar                 Page 2 of 2            Date Rcvd: Mar 17, 2020
                                  Form ID: 213               Total Noticed: 34
```

15026301      ##+Penelec,    331 Newman Springs Rd., Building 3,    Red Bank, NJ 07701-6771

                                                                                      TOTALS: 1, * 13, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Chad D. Nudd ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J.  Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 4