# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
6/18/20 11:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Conciliation Conference:

Debtor: Chad D. Nudd

Case Number: 19-10331-TPA          (Chapter 13)
Date / Time / Room: 06/09/2020 02:00 pm /Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**  #44 - Trustee's Certificate of Default to Dismiss
#48 Amended Plan dated 4/24/20 (FC)

### Appearances:

Debtor: Zutz
Trustee: Winnecour / Katz / DeSimone (DeSimone circled)
Creditor:

### Proceedings:

Recommended Outcome:

1. _ Case Converted to Chapter 7
2. _ Case Converted to Chapter 11
3. _ Case Dismissed without Prejudice
4. _ Case Dismissed with Prejudice
5. _ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. _ The plan payment/term is increased/extended to _____, effective _____.
7. _ Plan/Motion continued to _____ at _____.
8. _ An Amended Plan is to be served on all creditors and certificate of service filed by _____. Objections are due on or before _____.
   A hearing on the Amended is set for _____ at

9. X Other: Trustee's COD / Motion to Dismiss at Doc # 44 is resolved by: proposed Confirmation of Debtor(s) Amended Plan /proposed Order reflecting plan changes

**For Judge Ag:** Student Loan I[...] sed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: