Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Chad D. Nudd**
  Debtor(s)

Bankruptcy Case No.: 19−10331−TPA
Related to Docket No. 59
Chapter: 13
Docket No.: 60 − 59
Concil. Conf.: 4/13/21 at 09:30 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 18, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 11, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **4/13/21** at **09:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan*) will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 4, 2021

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10331-TPA |
| Chad D. Nudd | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: lmar | Page 1 of 3 |
| Date Rcvd: Jan 04, 2021 | Form ID: 213 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chad D. Nudd, 1311 1/2 Sill Street, Warren, PA 16365-2011 |
| 15026291 | + | Andrea L. Stapleford Esq., 600 Market Street, Warren, PA 16365-1326 |
| 15040482 | + | Atlantic Broadband, 2200 Beale Avenue, Altoona, PA 16601-1927 |
| 15026292 | | Cach Llc/resurgent Cap, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15040485 | + | City Of Warren, 318 W 3rd Ave, Warren, PA 16365-2388 |
| 15126293 | + | City of Warren, % PA Municipal Service Co., 336 Delaware Ave, Oakmont, PA 15139-2138 |
| 15040488 | + | Michelle Saver, 211 Cray Avenue, Sheffield, PA 16347-3105 |
| 15027604 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15026298 | + | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15040493 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 15026301 | + | Penelec, 331 Newman Springs Rd., Building 3, Red Bank, NJ 07701-5688 |
| 15026299 | + | Penelec, C/O FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 15040494 | | Penelec, 76 South Main Street, A-RPC, Akron, OH 44308-1890 |
| 15026300 | + | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 15026302 | + | Pennsylvania Municipal Authority, 336 Delaware Avenue, Dept U-510-A, Oakmont, PA 15139-2138 |
| 15040499 | + | Progressive Insurance, 6300 Wilson Mills Rd, Mayfield Village, OH 44143-2182 |
| 15026305 | | Trident Asset Manageme, 10375 Old Alabama Rd Ste, Alpharetta, GA 30022 |
| 15026306 | | Warren Co Drs, 4th And Market Sts, Warren, PA 16365 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2021 02:32:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15065316 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2021 02:33:04 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15040484 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 05 2021 02:32:51 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15026293 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 05 2021 03:53:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 15060240 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 05 2021 03:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15029145 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2021 02:33:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15026294 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2021 02:33:04 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 15040489 | + | Email/PDF: cbp@onemainfinancial.com | Jan 05 2021 02:37:17 | One Main, PO Box 183172, Columbus, OH 43218-3172 |
| 15026295 | + | Email/PDF: cbp@onemainfinancial.com | Jan 05 2021 02:42:19 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |

Case 19-10331-TPA   Doc 61   Filed 01/06/21   Entered 01/07/21 00:50:35   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: lmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2021 | Form ID: 213 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15026296 | + | Email/PDF: cbp@onemainfinancial.com | Jan 05 2021 02:42:22 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15040491 | + | Email/Text: csc.bankruptcy@amwater.com | Jan 05 2021 03:53:00 | PA American Water, PO Box 578, Alton, IL 62002-0578 |
| 15044302 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2021 03:51:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15026303 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2021 03:51:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15026297 | + | Email/Text: csc.bankruptcy@amwater.com | Jan 05 2021 03:53:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 15026304 | + | Email/Text: bankruptcy@sccompanies.com | Jan 05 2021 03:53:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15040502 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 05 2021 03:50:00 | Verizon, 500 Technology Drive Suite 30, Weldon Spring, MO 63304-2225 |
| 15063419 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 05 2021 02:42:50 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 15040481 | *+ | Andrea L. Stapleford Esq., 600 Market Street, Warren, PA 16365-1326 |
| 15040483 | * | Cach Llc/resurgent Cap, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15040486 | *+ | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 15040487 | *+ | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 15040490 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15040492 | *+ | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15040498 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15040495 | *+ | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 15040496 | *+ | Penelec, 331 Newman Springs Rd., Building 3, Red Bank, NJ 07701-5688 |
| 15040497 | *+ | Pennsylvania Municipal Authority, 336 Delaware Avenue, Dept U-510-A, Oakmont, PA 15139-2138 |
| 15040500 | *+ | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15040501 | * | Trident Asset Manageme, 10375 Old Alabama Rd Ste, Alpharetta, GA 30022 |
| 15040503 | * | Warren Co Drs, 4th And Market Sts, Warren, PA 16365 |

TOTAL: 1 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2021   Signature:   /s/Joseph Speetjens

| | | |
|---|---|---|
| District/off: 0315-1 | User: lmar | Page 3 of 3 |
| Date Rcvd: Jan 04, 2021 | Form ID: 213 | Total Noticed: 35 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
   on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
   on behalf of Debtor Chad D. Nudd ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 4