Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Chad D. Nudd** | : Case No. 19−10331−TPA |
| *Debtor(s)* | : Chapter: 13 |
| | : |
| | : |
| | : |
| | : |
| | : |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 1st of March, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-10331-TPA
Chad D. Nudd  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: jmar  Page 1 of 3
Date Rcvd: Mar 01, 2021  Form ID: 309  Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Chad D. Nudd, 1311 1/2 Sill Street, Warren, PA 16365-2011 |
| 15026291 | + | Andrea L. Stapleford Esq., 600 Market Street, Warren, PA 16365-1326 |
| 15040482 | + | Atlantic Broadband, 2200 Beale Avenue, Altoona, PA 16601-1927 |
| 15026292 | | Cach Llc/resurgent Cap, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15040485 | + | City Of Warren, 318 W 3rd Ave, Warren, PA 16365-2388 |
| 15126293 | + | City of Warren, % PA Municipal Service Co., 336 Delaware Ave, Oakmont, PA 15139-2138 |
| 15040488 | + | Michelle Saver, 211 Cray Avenue, Sheffield, PA 16347-3105 |
| 15027604 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15026298 | + | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15040493 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 15026301 | + | Penelec, 331 Newman Springs Rd., Building 3, Red Bank, NJ 07701-5688 |
| 15026299 | + | Penelec, C/O FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 15026300 | + | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 15040494 | | Penelec, 76 South Main Street, A-RPC, Akron, OH 44308-1890 |
| 15026302 | + | Pennsylvania Municipal Authority, 336 Delaware Avenue, Dept U-510-A, Oakmont, PA 15139-2138 |
| 15040499 | + | Progressive Insurance, 6300 Wilson Mills Rd, Mayfield Village, OH 44143-2182 |
| 15026305 | | Trident Asset Manageme, 10375 Old Alabama Rd Ste, Alpharetta, GA 30022 |
| 15026306 | | Warren Co Drs, 4th And Market Sts, Warren, PA 16365 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: PRA.COM | Mar 02 2021 04:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15065316 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2021 02:57:42 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15040484 | + | EDI: CAPITALONE.COM | Mar 02 2021 04:43:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15026293 | + | EDI: CCS.COM | Mar 02 2021 04:43:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 15060240 | | EDI: JEFFERSONCAP.COM | Mar 02 2021 04:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15029145 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2021 02:57:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15026294 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2021 02:57:42 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 15040489 | + | EDI: AGFINANCE.COM | Mar 02 2021 04:43:00 | One Main, PO Box 183172, Columbus, OH 43218-3172 |
| 15026295 | + | EDI: AGFINANCE.COM | Mar 02 2021 04:43:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |

Case 19-10331-TPA    Doc 63    Filed 03/03/21    Entered 03/04/21 00:52:57    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: jmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 01, 2021 | Form ID: 309 | Total Noticed: 35 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15026296 | + | EDI: AGFINANCE.COM | Mar 02 2021 04:43:00 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15040491 | + | Email/Text: csc.bankruptcy@amwater.com | Mar 02 2021 04:02:00 | PA American Water, PO Box 578, Alton, IL 62002-0578 |
| 15044302 |  | Email/Text: Bankruptcy.Notices@pnc.com | Mar 02 2021 04:01:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15026303 |  | Email/Text: Bankruptcy.Notices@pnc.com | Mar 02 2021 04:01:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15026297 | + | Email/Text: csc.bankruptcy@amwater.com | Mar 02 2021 04:02:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 15026304 | + | EDI: CBS7AVE | Mar 02 2021 04:43:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15040502 | + | EDI: VERIZONCOMB.COM | Mar 02 2021 04:43:00 | Verizon, 500 Technology Drive Suite 30, Weldon Spring, MO 63304-2225 |
| 15063419 |  | EDI: AIS.COM | Mar 02 2021 04:43:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PNC BANK NATIONAL ASSOCIATION |
| 15040481 | *+ | Andrea L. Stapleford Esq., 600 Market Street, Warren, PA 16365-1326 |
| 15040483 | * | Cach Llc/resurgent Cap, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15040486 | *+ | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 15040487 | *+ | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 15040490 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15040492 | *+ | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15040498 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15040495 | *+ | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 15040496 | *+ | Penelec, 331 Newman Springs Rd., Building 3, Red Bank, NJ 07701-5688 |
| 15040497 | *+ | Pennsylvania Municipal Authority, 336 Delaware Avenue, Dept U-510-A, Oakmont, PA 15139-2138 |
| 15040500 | *+ | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15040501 | * | Trident Asset Manageme, 10375 Old Alabama Rd Ste, Alpharetta, GA 30022 |
| 15040503 | * | Warren Co Drs, 4th And Market Sts, Warren, PA 16365 |

TOTAL: 1 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2021        Signature:        /s/Joseph Speetjens

District/off: 0315-1 User: jmar Page 3 of 3
Date Rcvd: Mar 01, 2021 Form ID: 309 Total Noticed: 35

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Chad D. Nudd ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4