**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHAD D. NUDD<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-10331 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/03/2019 and confirmed on 09/24/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,890.62 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,890.62 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,016.79 | |
| Trustee Fee | 120.11 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,136.90 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA<br>Acct: 9570 | 0.00 | 1,753.72 | 0.00 | 1,753.72 |
| STAPLEFORD & BYHAM LLC<br>Acct: 4645 | 2,338.60 | 0.00 | 0.00 | 0.00 |
| CITY OF WARREN (SEWAGE/RECYCLING)<br>Acct: 9346 | 1,323.01 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 9570 | 1,893.28 | 0.00 | 0.00 | 0.00 |
| | | | | 1,753.72 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CHAD D. NUDD<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MCELRATH LEGAL HOLDINGS LLC<br>Acct: | 3,500.00 | 1,016.79 | 0.00 | 0.00 |
| MICHELLE SARVER<br>Acct: 4121 | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-10331 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| STAPLEFORD & BYHAM LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4645 | | | | |
| ATLANTIC BROADBAND* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CACH LLC | 11,556.35 | 0.00 | 0.00 | 0.00 |
| Acct: 1145 | | | | |
| CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7059 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 544.87 | 0.00 | 0.00 | 0.00 |
| Acct: 6128 | | | | |
| ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8976 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN ' | 491.24 | 0.00 | 0.00 | 0.00 |
| Acct: 9346 | | | | |
| PENELEC/FIRST ENERGY** | 3,144.80 | 0.00 | 0.00 | 0.00 |
| Acct: 9005 | | | | |
| SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 757O | | | | |
| TRIDENT ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7987 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 138.02 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA SCDU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WARREN COUNTY DRS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 156.56 | 0.00 | 0.00 | 0.00 |
| Acct: 8820 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 436.35 | 0.00 | 0.00 | 0.00 |
| Acct: 8176 | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                                           1,753.72

```
TOTAL CLAIMED
  PRIORITY              0.00
  SECURED           5,554.89
  UNSECURED        16.468.19
```

Date: 04/01/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com